Probation Form No. 35

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF ARKANSAS**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 29 2007
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA

v.                                        Crim. No. 4:06CR00114-001 SWW

JOSHUA S. BULLARD

      On October 17, 2003, the above-named individual was sentenced in the Western District of Missouri for the offense of possession of a firearm by an unlawful user of a controlled substance to a prison term of 24 months, with a 3-year term of supervised release to follow. In addition, the following special conditions were ordered: substance abuse treatment, drug testing, submit to search of person, residence, office or vehicle and a $100 special penalty assessment.

Upon release from prison Mr. Bullard began supervision in the Eastern District of Arkansas on June 23, 2005, and jurisdiction was transferred on March 27, 2006. Substance abuse treatment was successfully completed on January 1, 2006, and special penalty assessment was paid in full on January 18, 2004. Mr. Bullard has maintained employment and a stable residence for 24 months. He has not had any violations and has been compliant with all conditions imposed. He has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. His criminal history does not include any history of violence.

Mr. Bullard meets the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law under 18 U.S.C. § 3583 (e)(1); additionally, he has completed 2 year(s) of supervision as required by statute. Therefore, it is recommended that the term of supervision be terminated.

                                              Respectfully submitted,

                                              Reginald Hollins
                                              U.S. Probation Officer

Agree: _____
Assistant U.S. Attorney

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 29th day of October, 2007.

Honorable Susan Webber Wight
U.S. District Judge